# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LOU RYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00973-SAB<br><br>ORDER REQUIRING PLAINTIFF TO ADDRESS DUPLICATE FILING<br><br>TWO DAY DEADLINE |

Rebecca Lou Ryan ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. On February 28, 2020, Plaintiff filed a motion for summary judgment. (ECF No. 14.) On March 3, 2020, Plaintiff filed a second motion for summary judgment. (ECF No. 15.) Both motions are dated February 28, 2020 and at first glance appear to be identical.

It is unclear why Plaintiff filed two motions for summary judgment. If the motion filed March 3, 2020 was intended to be an amended motion it should be so entitled. Accordingly, IT IS HEREBY ORDERED that within **two (2) days** of the date of service of this order, Plaintiff shall either file a motion to withdraw one of the motions for summary judgment or a notice of errata if the March 3, 2020 filing was an amended motion.

IT IS SO ORDERED.

Dated: __**March 4, 2020**__　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1