# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LOU RYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00973-SAB<br><br>ORDER WITHDRAWING MOTION FILED MARCH 3, 2020<br><br>(ECF Nos. 15, 17) |

Rebecca Lou Ryan ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. To address an apparent duplicate filing, on March 4, 2020, the Court ordered Plaintiff to either file a motion to withdraw one of the motions for summary judgment or a notice of errata. (ECF No. 16.) On March 5, 2020, Plaintiff filed a motion to withdraw the March 3, 2020 filing. (ECF Nos. 15, 17.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment filed March 3, 2020 (ECF No. 15), is WITHDRAWN.

IT IS SO ORDERED.

Dated: __**March 6, 2020**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1