# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LOU RYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00973-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 19) |

Rebecca Lou Ryan ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On March 24, 2020, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 19.) Pursuant to the terms of the stipulation, upon remand to the agency, the Defendant shall instruct the ALJ to offer the claimant the opportunity for a hearing; further consider evidence in the record as a whole and reassess the claimant's RFC as appropriate; take further action, as warranted, to complete the administrative record; complete the remaining steps of the sequential disability analysis as necessary; and issue a new decision. (Id.)

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Rebecca Lou Ryan and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 24, 2020**

UNITED STATES MAGISTRATE JUDGE