# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| REBECCA LOU RYAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00973-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 22) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that: Plaintiff is awarded attorney fees in the amount of two thousand, three hundred, eighty dollars and ninety-one cents ($2,380.91)) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **June 8, 2020**

_____
UNITED STATES MAGISTRATE JUDGE