| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| EASTERN DISTRICT OF CALIFORNIA | |
| REBECCA RYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00973-SAB<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL A COPY OF THIS ORDER UPON PLAINTIFF AND FILE PROOF OF SERVICE<br><br>FIVE DAY DEADLINE |

On July 16, 2019, Rebecca Ryan ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Defendant") denying her application for disability benefits pursuant to the Social Security Act. On March 24, 2020, a stipulation was filed and this matter was remanded for further proceedings. On May 18, 2021, Plaintiff's counsel ("Petitioner") filed a motion for attorney fees pursuant to section 406(b) of the Social Security Act.

Upon review of Petitioner's motion, although the motion for attorney fees was served upon Plaintiff, it did not inform Plaintiff that she may file an objection to the motion. Plaintiff is hereby advised that she may file objections, if any, to the motion for attorney fees. The Court shall provide Plaintiff and Defendant with thirty days in which to file objections or any other appropriate response to the instant motion for attorney fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Any objection or response to Petitioner's motion for attorney fees shall be filed within thirty (30) days of the date of service of this order;

2. Within **five (5) days** of the date of entry of this order, Petitioner shall serve a copy this order upon Plaintiff; and

3. Upon serving Plaintiff this order, Petitioner shall **promptly** file a proof of service.

IT IS SO ORDERED.

Dated: **May 24, 2021**

UNITED STATES MAGISTRATE JUDGE