# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LOU RYAN,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:19-cv-00973-SAB<br><br>ORDER REQUIRING SHELLIE LOTT TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>RESPONSE DUE JUNE 9, 2021 |

On May 18, 2021, plaintiff's counsel, Shellie Lott ("Petitioner") filed a motion for attorney fees in this action. (ECF No. 24.) The motion did not inform plaintiff that she could object to the motion or provide a timeline to file an objection. Therefore, on May 24, 2021, an order issued providing plaintiff with such notice. (ECF No. 25.) The order required Petitioner to serve a copy upon plaintiff within five days and promptly file the proof of service. (Id.) Petitioner has not filed proof of service or otherwise responded to the May 24, 2021 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

1

Accordingly, on or before **June 9, 2021**, Petitioner Shellie Lott is HEREBY ORDERED to SHOW CAUSE in writing why monetary sanctions should not issue for the failure to comply with the May 24, 2021 order. Petitioner is forewarned that failure to respond to this order to show cause will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **June 4, 2021**

UNITED STATES MAGISTRATE JUDGE