# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LOU RYAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00973-SAB<br><br>ORDER DISCHARGING JUNE 4, 2021 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 27, 28) |

On May 18, 2021, Shellie Lott ("Petitioner") filed a motion seeking attorney fees in this matter. (ECF No. 24.) The motion did not inform Plaintiff that she could file an objection to the motion. On May 24, 2021, an order issued informing Plaintiff that she could file objections to the motion for attorney fees and requiring Petitioner to serve a copy on Plaintiff within five days and promptly file proof of service. (ECF No. 25.) On June 4, 2021, an order to show cause issued requiring Petitioner to show cause why monetary sanctions should not issue for the failure to comply with the June 4, 2021 order. (ECF No. 27.) On June 7, 2021, a response to the order to show cause was filed. (ECF No. 28.)

Upon review of the response, the June 4, 2021 order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 8, 2021**

UNITED STATES MAGISTRATE JUDGE